1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVALAN SALES, INC., a corporation; DAVALAN SALES, INC., a corporation DBA THE BANANA COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>MY ORCHARD, LLC, a limited liability company; DEEP ARYA, an individual,<br><br>          Defendants. | CV 14-1990 RSWL (RZx)<br><br>**JUDGMENT** |

On May 7, 2015, the Court granted in part Plaintiffs Davalan Sales, Inc. and Davalan Sales, Inc. DBA The Banana Company's Request for Judgment. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that judgment shall be entered against Defendants My Orchard, LLC and Deep Arya.  Defendants are jointly and

1 | severally liable for a sum total amount of $20,753.48
2 | (itemized as $16,387.32 principal, plus $3,950.00 in
3 | attorneys' fees, $16.16 in interest charges calculated
4 | at the annual rate of 18% from the date each invoice
5 | became due from April 30, 2014 through and including
6 | February 20, 2015, and $400.00 in costs), all of which
7 | qualifies for trust protection under the trust
8 | provision of Perishable Agricultural Commodities Act
9 | ("PACA") [7 U.S.C. §499e, et seq.]
10 |     Plaintiff shall be entitled to receive
11 | post-judgment finance charges at the rate of 18%
12 | annually on all unpaid principal sums until fully paid.
13 | **IT IS SO ORDERED.**
14 | DATED: May 7, 2015

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge